UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-MJ-00351 |
| Plaintiff, | : | |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| BRYCE ALLEN AXLINE, | : | |
| Defendant. | : | |

## REMOVAL ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District Court, Eastern District of Tennessee, in Case No. 3:21CR114. Defendant appeared in open Court on September 23, 2021, and after being advised of his rights, waived his right to an identity hearing. The Court found the waiver to be knowing, voluntary and intelligent. Defendant requested that a detention hearing be held in this District. Subsequently, on September 28, 2021, a detention hearing was held. And the Court ordered Defendant released under certain terms and conditions. Defendant consented to videoconferencing for both hearings due to the COVID pandemic.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Eastern District of Tennessee, where the charges are pending against him, for any other proceedings, as ordered by that court.

2

October 1, 2021                                        *s/Sharon L. Ovington*
                                                   Sharon L. Ovington
                                             United States Magistrate Judge